## McLEOD v. UNION BARGE LINE CORP.

### No. 11000.

United States Court of Appeals, Third Circuit.

Submitted Feb. 2, 1953.

Decided Feb. 9, 1953.

See also, D.C., 107 F.Supp. 371.

---

746

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

Dalzell, Pringle, Bredin & Martin, Pittsburgh, Pa., for appellee.

Before BIGGS, Chief Judge, and GOODRICH and HASTIE, Circuit Judges.

PER CURIAM.

A petition has been filed by Lavinda McLeod for leave to file and prosecute an appeal "in forma pauperis without pre-payment of costs or the furnishing of security for the same and upon typewritten brief and appendix." The motion will be granted since the appellant is a seaman, but in so doing we call attention to the decision of this court in Adamowski v. Bard, 193 F.2d 578.